IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 3:23 CR 570 |
| v. | ) | Title 18, United States Code, |
| | ) | Sections 922(a)(6) and 932(b)(2) |
| ZION MITCHELL, | ) | |
| | ) | JUDGE JAMES G. CARR |
| Defendant. | ) | |
| | ) | MAG JUDGE CLAY |

COUNT 1
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1. From on or about May 14, 2021, through on or about August 2, 2023, in the Northern District of Ohio, Western Division, Defendant ZION MITCHELL, in connection with the acquisition of firearms, to wit:

| Date | Location | Firearm | Serial Number |
|---|---|---|---|
| May 14, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 19 9mm pistol | AFHH077 |
| May 25, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Smith & Wesson .40 caliber pistol | HAH07698 |
| July 8, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus 9mm pistol | ACD761557 |
| September 21, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 48 9mm Pistol | BTYG641 |
| January 10, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus .40 caliber pistol | ACK409847 |
| March 4, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | HS Produkt/Springfield Armory XDS-9 9mm Pistol | BA590518 |

ORIGINAL

| March 11, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 19 9mm Pistol | BVCB279 |
|---|---|---|---|
| May 21, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | SDS Zigana PX-9 9mm Pistol | T0620Z1BM07260 |
| July 24, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus 9mm pistol | ADD284503 |
| August 3, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Masterpiece Arms Defender 9mm Pistol | FX33225 |
| October 22, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 31 .357 cal Pistol | BXUY247 |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | American Tactical Omni 5.56 cal Pistol | NS367169 |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 23 .40 cal. Pistol | BUCV692 |
| January 24, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 29 10mm Pistol | BYAL177 |
| February 17, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock .40 caliber pistol | BXZZ015 |
| July 30, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 22 .40 Cal Pistol | BVVA228 |
| August 2, 2023 | XXXX Woodville Rd., Oregon, Ohio | Ruger 57 5.7 cal. Pistol | 643-48673 |

from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious oral or written statement, which statement was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18 in that the defendant represented a false residential address, that he was the actual transferee or buyer of the firearms, and that he did not intend to sell or otherwise dispose of the firearms in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, or a drug trafficking offense, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
(Straw Purchasing of Firearms, 18 U.S.C. § 932(b)(2))

The Grand Jury further charges:

2. From on or about May 14, 2021, through on or about August 2, 2023, in the Northern District of Ohio, Western Division, Defendant ZION MITCHELL, did knowingly purchase firearms, to wit:

| Date | Location | Firearm | Serial Number |
|---|---|---|---|
| May 14, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 19 9mm pistol | AFHH077 |
| May 25, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Smith & Wesson .40 caliber pistol | HAH07698 |
| July 8, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus 9mm pistol | ACD761557 |
| September 21,2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 48 9mm Pistol | BTYG641 |
| January 10, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus .40 caliber pistol | ACK409847 |
| March 4, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | HS Produkt/Springfield Armory XDS-9 9mm Pistol | BA590518 |
| March 11, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 19 9mm Pistol | BVCB279 |
| May 21, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | SDS Zigana PX-9 9mm Pistol | T0620Z1BM07260 |
| July 24, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus 9mm pistol | ADD284503 |
| August 3, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Masterpiece Arms Defender 9mm Pistol | FX33225 |
| October 22, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 31 .357 cal Pistol | BXUY247 |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | American Tactical Omni 5.56 cal Pistol | NS367169 |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 23 .40 cal. Pistol | BUCV692 |
| January 24, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 29 10mm Pistol | BYAL177 |
| February 17, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock .40 caliber pistol | BXZZ015 |
| July 30, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 22 .40 Cal Pistol | BVVA228 |

| August 2, 2023 | XXXX Woodville Rd., Oregon, Ohio | Ruger 57 5.7 cal. Pistol | 643-48673 |

in or otherwise affecting interstate or foreign commerce, on behalf of, or at the request or demand of unknown individuals, knowing or having reasonable cause to believe that the unknown individuals intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime, in violation of Title 18, United States Code, Section 932.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.