**FILED**

MAR 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SUPERCEDING INFORMATION |
| Plaintiff, ) | |
| ) | JUDGE JEFFREY J. HELMICK |
| v. ) | CASE NO. 23-CR-00570 |
| ) | Title 18, United States Code, |
| ZION MITCHELL, ) | Sections 922(a)(6) and 932(b)(2) |
| Defendant. ) | |

## COUNT 1
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Acting United States Attorney charges:

1. From on or about May 14, 2021, through on or about August 2, 2023, in the Northern District of Ohio, Western Division, Defendant ZION MITCHELL, in connection with the acquisition of firearms, to wit:

| Date | Location | Firearm | Serial Number |
|---|---|---|---|
| May 25, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Smith & Wesson .40 caliber pistol | HAH0798 |
| July 8, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus 9mm pistol | ACD761557 |
| September 21, 2021 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 48 9mm pistol | BTYG641 |
| January 10, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus .40 caliber pistol | ACK409847 |
| March 4, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Springfield Armory XDS-9 9mm Pistol | BA590578 |
| March 11, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 19 9mm pistol | BVCB279 |
| May 21, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | SDS Zigana PX-9 9mm pistol | T0620Z1BM07260 |
| July 24, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus 9mm pistol | ADD284503 |

| August 3, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Masterpiece Arms Defender 9mm Pistol | FX33225 |
| October 20, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 31 .357 cal Pistol | BXUY247 |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | American Tactical Omni 5.56 cal Pistol | NS367169 |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 23 .40 cal. Pistol | BUCV692 |
| January 24, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 29 10mm Pistol | BYAL177 |
| February 17, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock .40 caliber pistol | BXZZ015 |
| July 30, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 22 .40 Cal Pistol | BVVA228 |
| August 2, 2023 | XXXX Woodville Rd., Oregon, Ohio | Ruger 57 5.7 cal. Pistol | 693-98673 |

from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious oral or written statement, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearms to Defendant under Chapter 44 of Title 18 in that Defendant represented a false residential address, and that he was the actual transferee or buyer of the firearms, in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 2<br>(Straw Purchasing of Firearms, 18 U.S.C. § 932(b)(2))

The Acting United States Attorney further charges:

2. From on or about July 24, 2022, through on or about August 2, 2023, in the Northern District of Ohio, Western Division, Defendant ZION MITCHELL, did knowingly purchase firearms, to wit:

| Date | Location | Firearm | Serial Number |
|---|---|---|---|
| July 24, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Taurus 9mm pistol | ADD284503 |
| August 3, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Masterpiece Arms Defender 9mm pistol | FX33225 |

| October 20, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 31 .357 cal. pistol | BXUY247 |
| --- | --- | --- | --- |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | American Tactical Omni 5.56 cal pistol | NS367169 |
| October 30, 2022 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 23 .40 cal. pistol | BUCV692 |
| January 24, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 29 10mm pistol | BYAL177 |
| February 17, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock .40 caliber pistol | BXZZ015 |
| July 30, 2023 | XXXXX Crossroads Pkwy., Rossford, Ohio | Glock 22 .40 Cal pistol | BVVA228 |
| August 2, 2023 | XXXX Woodville Rd., Oregon, Ohio | Ruger 57 5.7 cal. pistol | 693-98673 |

in or otherwise affecting interstate or foreign commerce, on behalf of, or at the request or demand of unknown individuals, knowing or having reasonable cause to believe that the unknown individuals intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime, in violation of Title 18, United States Code, Section 932.

CAROL M. SKUTNIK
Acting United States Attorney

By: *[signature]*
AVA R. DUSTIN
Toledo Branch Chief